IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEMETRIUS RONDELL GRACE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO.  1:13-cv-361-TMH |
| ) | [wo] |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondent. ) | |

## OPINION and ORDER

On November 7, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. 17).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that the 28 U.S.C. § 2241 motion be dismissed without prejudice to afford Grace an opportunity to exhaust all available state court remedies.

DONE this 13th day of December, 2013.

　　　　　　　　　　　　　　　　  /s/   Truman M. Hobbs
　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE