IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS RONDELL GRACE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO.  1:13-cv-361-TMH |
| ) | [wo] |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondent. ) | |

### FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the Respondent and against the Petitioner, and that this action be and is hereby dismissed without prejudice to afford Grace an opportunity to exhaust all available state court remedies.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 13th day of December, 2013.

        /s/   Truman M. Hobbs
       TRUMAN M. HOBBS
       SENIOR UNITED STATES DISTRICT JUDGE